AO83   (Rev. 08/2010)   Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

UNITED STATES OF AMERICA

v.                                          Case. No.  3:24cr18

William R. Hall

*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE:   **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM: 5400

DATE & TIME:
February 27, 2024
@ 2:15pm

Before: The Honorable Summer L. Speight

To answer a(n):

☐ Indictment   ☐ Superseding Indictment   ☒ Criminal Information   ☐ Complaint
☐ Order of Court   ☐ Sealed Order of Court
☐ Petition on Supervised Release   ☐ Petition on Probation
☐ Violation of Pretrial Release   ☐ Violation Notice

Charging you with a violation of: See attached Criminal Information

**YOU ARE SUMMONED TO APPEAR** for a initial/bond/plea hearing before the Honorable Summer L. Speight on February 27, 2024, at 2:15pm in Courtroom No. 5400.

<u>**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800</u>

FILE COPY                                                                 2/14/2024
Signature of Issuing Officer                                               Date

J. Smith, Deputy Clerk
Name and Title of Issuing Officer