IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.  3:24-cr-18 |
| ) | |
| WILLIAM R. HALL,   ) | |
| ) | |
| *Defendant*.   ) | |
| ) | |

## ORDER

This matter comes before the Court on Defendant William R. Hall's Motion for Continuance.  (ECF No. 7.)  Upon consideration of the Motion, with the consent of the Government and U.S. Probation, and for good cause shown, the Court CONTINUES GENERALLY the Initial Appearance, Bond Hearing and Plea Agreement Hearing set for February 27, 2024, at 2:15 P.M.  The Parties are DIRECTED to jointly contact the Clerk's office no later than **March 5, 2024** to reset the hearings in this matter.  Such hearings shall be scheduled promptly following Defendant's last day of incarceration as referenced in the Motion.  (ECF No. 7.)

The Clerk is directed to FILE this Order electronically and notify counsel, the U.S. Marshal's, and U.S. Probation.

It is so ORDERED.

/s/
Summer L. Speight
United States Magistrate Judge

Richmond, Virginia
Date: February 26, 2024