1

Honorable Robert E. Payne,                                8-29-24

    I am writing this letter in regards to my attourney. I have a lot of concerns about how Samuel is representing me on my case. I've brought these concerns up to my attourney since June 25th 2024.

    When I recieved my statement of facts, there were things I did not agree with such as why I am being charged with two counts of bribery when it was just one-paid in installments. The statement of facts also paints a very inacurrate picture. Samuel told me that he challenged a few things but also told me the government would not change them. He told me I had to sign it anyway or I would not get credit for doing it in a timely manner-"But don't worry. The government will look at you favorably for your cooperation." He said.

    When my PSI came back, he did not challenge anything I wanted challenged such as a two-point enhancement for leadership. Your Honor said in court that thier

reasoning behind it does not make me a leader. The second thing I wanted challenged were the two seperate enhancements for two different bribes when it was just one bribe paid in installments. The other enhancement I wanted challenged was the four-point enhancement for a Public Offical in a Sensitive Position - I think that is just rewording the first two enhancements. My attorney would not challenge these things and again I was told I had to sign it anyway to get the two-point reduction. He told me "It is what it is."

Next, I agreed to do a preindictment resolution, which I did. However, due to my attorney not filing any paperwork, I did not get any credit from that either. They even asked if they could notify Thomas's attorney that I was cooperating so that he would plead guilty once they had all the information from me. I got no credit for that either.

The government is

asking for complete or close to the maximum time - giving me no credit for helping with the investigation since Day one.

I have sent multiple emails to my attorney stating how dissapointed and dissatisfied I am in his representation of me. On August 3rd, 2024, I brought up how I may even file Ineffective Assistance of Counsel yet he kept telling me not to worry.

When I was supposed to be sentenced the first time on July 31st, 2024, I got a call from my attorney when I was halfway to Virgina. He told me the Judge postponed sentencing due to the wrong filing of paperwork from both sides of the court.

When I walked into court on August 16th, 2024 for my sentencing, my attorney had no idea what he was doing to the point where the Judge gave a 15 minute recess. During that recess, Samuel went to the prosecution's table for advice on

which arguments to argue. When court started back up, he followed the prosecutions advice - Naturally they had the perfect rebuttle. I was speechless. Finally the Judge had heard enough and told my lawyer to go back to the law books to "Get in the weeds and figure it out."

At this point, I feel like I can't trust my attorney. I feel that either my attorney is not knowledgable enough on a Federal level to properly defend me OR he is working with the prosecution against me to use as a scapegoat for this case. Either way, I do not feel confident or trust that my lawyer has my best interest at hand.

I am asking the court to reassign me a new attorney as I do not want to get an improper sentencing and sit in a jail cell trying to figure out how to file Ineffective Assistance of Counsel where I have no resources.

Thank you.

William Hall

William R. Hall
Billhall032@gmail.com
502-735-7040

200 Center St. Apt. 2
Bellevue, KY 41073