IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-18

WILLIAM R. HALL,

    Defendant.

**ORDER**

For the matter before the Court on the sentencing of the Defendant, the Court hereby ORDERS that the Defendant and Government shall both file by December 10, 2024, their Renewed Positions on Sentencing and any motions regarding sentencing; by December 17, 2024, both parties shall file their responsive briefing; and by December 20, 2024, at close of business, both parties shall file their respective replies.

It is so ORDERED.

                                /s/ REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: November 21, 2024