IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                                    Criminal No. 3:24cr18

WILLIAM R. HALL

### ORDER

Having considered the UNOPPOSED MOTION FOR EXTENSION TO FILE GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR DOWNWARD VARIANCE ("Motion for Extension) (ECF No. 63), and there being no objection by the defendant thereto, and for good cause shown, it is hereby ORDERED that the Motion for Extension (ECF No. 63) is granted.  It is further ORDERED that the United States shall file, by December 19, 2024, its response to the DEFENDANT'S MOTION FOR DOWNWARD VARIANCE (ECF No. 64) and the defendant shall file his reply by January 3, 2025.

It is so ORDERED.

/s/

Henry E. Hudson
Senior United States District Judge

Richmond, Virginia
Date: December 20, 2024
Filed *nunc pro tunc* December 17, 2024