IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                          Case No. 3:24-cr-18

WILLIAM R. HALL,

　　Defendant.

ORDER

The hearing currently scheduled on Thursday January 9, 2025, at 1:30 P.M., is hereby CONTINUED until January 14, 2025, at 1:30 PM, due to the closure of the United States District Courts for the Eastern District of Virginia for the observance of the National Day of Mourning for President James Earl Carter, Jr.

　　　　　　　　　　　　　　/s/ REP
　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia
Date: January 3, 2025