IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-18

WILLIAM R. HALL,

　　Defendant.

## ORDER

For the matter before the Court on the Defendant William Hall's Position on Sentencing, Request for a Downward Departure, a Variance, and to be Considered for Home Incarceration (ECF No. 28) and Defendant William Hall's Request for a Variance (ECF No. 33), it is hereby ORDERED that both motions are denied as moot because of the filing of renewed sentencing motions pursuant to the Court's October 2, 2024 Order (ECF No. 52).

It is so ORDERED.

　　　　　　　　　　　　　　　　　　/s/   REP
　　　　　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia
Date: January 13, 2025