IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-18

WILLIAM R. HALL,

    Defendant.

## ORDER

For the reasons set forth on the record during the hearing on Tuesday, January 14, 2025, at 1:30 P.M., it is hereby ORDERED that:

1) The DEFENDANT'S MOTION FOR DOWNWARD VARIANCE (ECF No. 64), is hereby GRANTED; and

2) the MOTION OF UNITED STATES TO GRANT AN ADDITIONAL ONE-LEVEL REDUCTION IN THE OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY (ECF No. 25), is hereby GRANTED.

It is so ORDERED.

                                                      /s/ REP
                                            Robert E. Payne
                                            Senior United States District Judge

Richmond, Virginia
Date: January 14, 2025